IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LANCER INSURANCE COMPANY | § | |
| | § | |
| Plaintiff, | § | |
| | § | NO. 3-04-CV-1835-K |
| VS. | § | |
| | § | (Consolidated With: |
| ERIC ROCKMORE, d/b/a Rockmore | § | No. 3-04-CV-0022-K) |
| Discovery Coaches & Tours, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated October 14, 2005, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 7th  day of March , 2006.

 s/Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE